CURTIS B. COULTER, ESQ., NSB 3034
STACEY UPSON, ESQ., NSB 4773
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501
Tel (775) 324-3380
Fax (775) 324-3381
ccoulter@coulterlaw.net

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN individually and on behalf of others similarly situated, | Case No.: 3:22-cv-00014-MMD-CLB |
| Plaintiffs, | **STIPULATION** |
| vs. | |
| RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET | |
| Defendants. | |

1

The plaintiffs, SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN, and the defendants, RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET, by and through their respective counsel, stipulate and agree that this case shall be stayed for all purposes from the date this Stipulation is "So Ordered" by the Court through May 10, 2022, such stay being agreed upon by the parties in good faith, not for the purpose of delay, and to assist counsel for the parties in their efforts to explore a cooperative resolution of the parties' dispute; and it is

FURTHER STIPULATED AND AGREED that all of the defendants waive service of the first amended complaint and any defense based upon a failure to properly effectuate such service and/or agree such service was properly performed and all defendants shall, unless a further extension of time is Ordered by the Court, answer or otherwise respond to the first amended complaint no later than May 20, 2022; and it is

FURTHER STIPULATED AND AGREED, that in the event additional persons file written consents to join this case as plaintiffs pursuant to 29 U.S.C. Sec. 216(b), such written consent, for statute of limitations purposes as provided for under 29 U.S.C. 256, shall be deemed filed with the Court on the date prior to its actual filing

that is equal to the number of days that this case is stayed pursuant to this Stipulation.

Dated:  February 9, 2022

Respectfully submitted,

/s/  Curtis B. Coulter
Curtis B. Coulter, Esq.
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501

/s/  Leon Greenberg
Leon Greenberg, Esq.
Leon Greenberg Prof. Corp.
2965 South Jones Blvd., #E3
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
*Attorneys for Plaintiffs*

Dated: February 9, 2022

Respectfully submitted,

/s/ *Jeremy Clarke*
Jeremy Clarke, Esq.
Simons, Hall, Johnston PC
6490 S. McCarran Blvd, #E-46
Reno, Nevada 89509
*Attorneys for Defendants*

IT IS SO ORDERED:

_____

United States District Judge

Date:  February 11, 2022

3