Mark G. Simons, Esq.
Nevada Bar No. 5132
msimons@shjnevada.com
Anthony L. Hall, Esq.,
ahall@shjnevada.com
Nevada Bar No. 5977
Jeremy B. Clarke, Esq.
jclarke@shjnevada.com
Nevada Bar No. 13849
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, Nevada 89511
Telephone:    (775) 785-0088

*Attorneys for Reno Cab Company, Inc.,
Roy L. Street, Robin Street, Frank Street,
And Britani Street*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITANI STREET<br><br>Defendants. | Case No. 3:22-cv-00014-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CIRCULATION OF NOTICE OF THE PENDENCY OF THIS ACTION PURSUANT TO 29 U.S.C. § 216(B) AND FOR OTHER RELIEF**<br><br>**(First Request)** |

Defendants RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITANI STREET ("Defendants"), by and through their counsel of record, MARK G. SIMONS, ANTHONY L. HALL and JEREMY B. CLARKE of SIMONS HALL JOHNSTON PC, and SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN ("Plaintiffs") by and through their counsel of record CURTIS B. COULTER

1

and STACEY UPSON of COULTER HARSH LAW and LEON GREENBERG and RUTHANN DEVEREAUX-GONZALEZ of LEON GREENBERG PROFESSIONAL CORPORATION hereby stipulate and agree to extend the deadline for Defendants to file its Opposition to Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(B) and for Other Relief.  The response currently due on August 23, 2022, will be extended by three (3) weeks to and including **September 13, 2022**.

This is the parties first request for an extension for Defendants to file its Opposition to Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(B) and for Other Relief.

DATED this 23rd day of August, 2022.                    DATED this 23rd day of August, 2022.

By:   /s/ Leon Greenberg                                           By:   /s/ Jeremy B. Clarke
CURTIS B. COULTER, ESQ.                                         MARK G. SIMONS, ESQ.
STACEY UPSON, ESQ.                                              ANTHONY L. HALL, ESQ.
Coulter Harsh Law                                               JEREMY B. CLARKE, ESQ.
403 Hill Street                                                 Simons Hall Johnston PC
Reno, Nevada 89501                                              690 Sierra Rose Drive
Telephone:  (775) 324-3380                                      Reno, Nevada 89511
                                                                Telephone:  (775) 785-0088
LEON GREENBERG, ESQ.
Ruthann Devereaux-Gonzalez, Esq.                                *Attorneys for Defendants*
Leon Greenberg Professional Corp.
2965 S. Jones Blvd., Ste. E3
Las Vegas, Nevada 89146
Telephone:  (702) 383-6085

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

Dated:  August 23, 2022

_____
UNITED STATES MAGISTRATE JUDGE