Jeremy B. Clarke, Esq.
Nevada State Bar No. 13849
CLARKE LAW, PC
230 E. Liberty St.
Reno, Nevada 89501
Telephone: (775) 433-1300
E-Mail: JBC@ClarkeLawNV.com

*Attorney for Defendants Reno Cab Company, Roy L. Street, Robin Street, Frank Street, Brittany Street*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET,<br><br>Defendants. | Case No. 3:22-cv-00014-MMD-CLB<br><br>**ORDER GRANTING REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

Jeremy B. Clarke, Esq. hereby gives notice that he is no longer associated with Simons Hall Johnston PC, and is therefore no longer representing Defendants RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET. Attorneys Mark G. Simons, Esq. and Anthony L. Hall, Esq. will continue to represent Defendants RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET. Please also let this serve as a request for Mr. Clarke to be removed from the Court's electronic notices for this matter.

**AFFIRMATION - Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 21st day of June, 2023.

                                            CLARKE LAW, PC

By: _____
     Jeremy B. Clarke, Esq.
     Nevada State Bar No. 13849

**IT IS SO ORDERED.**

**DATED:** June 22, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2