CURTIS B. COULTER, ESQ., NSB 3034
STACEY UPSON, ESQ., NSB 4773
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501
Tel (775) 324-3380
Fax (775) 324-3381
ccoulter@coulterlaw.net

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET<br><br>Defendants. | Case No.:<br><br>3:22-cv-00014-MMD-CLB<br><br>**STIPULATION TO STAY CASE (Fifth Request)** |

1

The plaintiffs, SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN, and the defendants, RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET, by and through their respective counsel, stipulate and agree that this case shall be stayed for all purposes from October 17, 2023, through December 8, 2023, such stay being agreed upon by the parties in good faith and not for the purpose of delay. The parties have reached an agreement in principle to resolve this matter and require additional time to put such agreement in writing and to file a motion with this Court for its approval of that settlement. The Court granted the parties previous request to stay this case (Doc. 53) from March 10, 2023, through June 8, 2023, and June 8, 2023, through September 6, 2023 (Doc. 59).

Dated: October 17, 2023

Respectfully submitted,

/s/ Curtis B. Coulter
Curtis B. Coulter, Esq.
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501

/s/ Leon Greenberg
Leon Greenberg, Esq.
Leon Greenberg Prof. Corp.
1811 South Rainbow Blvd., #210
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
*Attorneys for Plaintiffs*

Dated: October 17, 2023

Respectfully submitted,

/s/ Anthony Hall
Anthony Hall, Esq.
Simons, Hall, Johnston PC
6490 S. McCarran Blvd, #E-46
Reno, Nevada 89509
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
United States District Judge

Dated October 18, 2023