CURTIS B. COULTER, ESQ., NSB 3034
STACEY UPSON, ESQ., NSB 4773
Coulter Harsh Law
403 Hill Street
Reno, Nevada 89501
Tel (775) 324-3380
Fax (775) 324-3381
ccoulter@coulterlaw.net

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET<br><br>Defendants. | Case No.:<br><br>3:22-cv-00014-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO STAY CASE (Eighth Request)** |

1

The plaintiffs, SCOTT POMER, ALLAN ARTEAGA-BROWN, and MICHAEL MAIENSCHEIN, and the defendants, RENO CAB COMPANY, ROY L. STREET, ROBIN STREET, FRANK STREET, and BRITTANY STREET, by and through their respective counsel, stipulate and agree that this case shall be stayed for all purposes from April 29, 2024, through May 29, 2024, such stay being agreed upon by the parties in good faith and not for the purpose of delay.  This case was previously stayed by the Court (Doc. 65) at the request of the parties until April 29, 2024.  That prior stay request was made because the parties had reached an agreement in principle to resolve this matter and sought time to put such agreement in writing and to file a motion with the Court for its approval of that settlement. While the parties have made significant progress in finalizing that agreement, gathering the required signatures of all parties to the action, there are several defendants, has taken longer than initially anticipated, requiring additional time to complete the settlement.  The parties are acting in good faith. The parties are currently expeditiously undertaking the completion of all necessary steps to finalize their settlement agreement and present it to the Court for its evaluation and anticipated approval.  Accordingly, the parties intend to present that motion to the Court for its consideration before May 29, 2024, they are requesting a stay of this case until that date.

The Court has also granted the parties' previous requests to stay this case (Doc. 67) from February 28, 2024, to April 29, 2024, (Doc. 65) from December 8,

2023, to February 28, 2024, (Doc. 53) from March 10, 2023, through June 8, 2023, and June 8, 2023, through September 6, 2023 (Doc. 59).

| | |
|---|---|
| Dated: May 10, 2024 | Dated: May 10, 2024 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Curtis B. Coulter* <br> Curtis B. Coulter, Esq. <br> Coulter Harsh Law <br> 403 Hill Street <br> Reno, Nevada 89501 | /s/ *Anthony Hall* <br> Anthony Hall, Esq. <br> Simons, Hall, Johnston PC <br> 6490 S McCarran Blvd, #E-46 <br> Reno, Nevada 89509 |
| /s/ *Leon Greenberg* <br> Leon Greenberg, Esq. <br> Leon Greenberg Prof. Corp. <br> 1811 South Rainbow Blvd., #210 <br> Las Vegas, NV 89146 <br> Tel (702) 383-6085 <br> Fax (702) 385-1827 <br> *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED:

DATED this 13th day of May 2024.

_____
Chief United States District Judge